IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 16-07441-MCF |
| ROBERT FRANCIS LOPEZ ACEVEDO | CHAPTER 13 |
| DEBTOR | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, ROBERT FRANCIS LOPEZ ACEVEDO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated November 16, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to amend the amount to be paid through the Plan to secured creditors Primera Cooperativa and Scotiabank de Puerto Rico as per proof of claims 2-3 & 7-1; and to increase the Plan base in order to cure the "insufficiently funded" issue raised by the Trustee in his unfavorable report (docket #13).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated November 16, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 16th day of November, 2016.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:  Case No. **3:16-bk-7441**

**LOPEZ ACEVEDO, ROBERT FRANCIS**  Chapter **13**
<span style="padding-left:4em">Debtor(s)</span>

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **11/16/2016**
☐ PRE  ☐ POST-CONFIRMATION   Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **575.00** x **12** = $ **6,900.00**
$ **640.00** x **48** = $ **30,720.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **37,620.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **37,620.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,523.00**

Signed: **/s/ ROBERT FRANCIS LOPEZ ACEVEDO**
<span style="padding-left:2em">Debtor</span>

_____
<span style="padding-left:2em">Joint Debtor</span>

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank de Puerto**  Cr. _____  Cr. _____
# **0060**  # _____  # _____
$ **8,394.76**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Primera Cooperativa**  Cr. _____  Cr. _____
# **7114**  # _____  # _____
$ **20,841.41**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Scotiabank de Puerto**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
<span style="padding-left:6em">☐ Paid 100% / ☐ Other: _____</span>
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* Trustee will pay Attorney's fees before any claim and after administrative expenses; once the attorney's fees are paid in full the Trustee will pay secured creditor Primera Cooperativa (POC 2-3) ahead any other secured claim.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after plan confirmation.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Primera Cooperativa through Chapter 13 Plan.
* Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds.
* Debtor consents to the lift of stay in favor of secured creditor Empresas Berrios; Trustee to make no disbursements to secured creditor Empresas Berrios

---

Attorney for Debtor **Figueroa & Serrano, PSC**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing          EMPRESAS BERRIOS INC.                    SCOTIABANK DE PUERTO RICO
0104-3                                    C/O  JESSENIA RAMOS TALAVERA,ESQ.        FERNANDEZ COLLINS CUYAR & PLA
Case 16-07441-MCF13                       PO  BOX  306                             PO BOX 9023905
District of Puerto Rico                   CAGUAS, PR 00726-0306                   SAN JUAN, PR 00902-3905
Old San Juan
Wed Nov 16 12:05:17 AST 2016

US Bankruptcy Court District of P.R.      AEE                                      CS Yabucoa/PR Medical Emergency Group
Jose V Toledo Fed Bldg & US Courthouse    PO Box 363508                            Billing Department
300 Recinto Sur Street, Room 109          San Juan, PR   00936-3508                100 Calle Saturnino Rodriguez
San Juan, PR 00901-1964                                                            Yabucoa, PR   00767-3916


Cap1/Bestby                               Claro                                    DTOP
PO Box 6497                               PO Box 360998                            PO Box 41269
Sioux Falls, SD   57117-6497              San Juan, PR   00936-0998                San Juan, PR   00940-1269



(p)DIRECTV LLC                            Empresas Berrios                         Hospital Metropolitano Dr Pila
ATTN BANKRUPTCIES                         PO Box 674                               PO Box 1952
PO BOX 6550                               Cidra, PR   00739-0674                   Humacao, PR   00792
GREENWOOD VILLAGE CO 80155-6550


Internal Revenue Service                  (p)JEFFERSON CAPITAL SYSTEMS LLC         NCO Financial Systems
PO Box 7346                               PO BOX 7999                              PO Box 5630
Philadelphia, PA   19101-7346             SAINT CLOUD MN 56302-7999                Wilmington, DE   19808-0630



(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Primera Cooperativa                      Scotiabank de Puerto Rico
PO BOX 41067                              PO Box 25039                             PO Box 363368
NORFOLK VA 23541-1067                     San Juan, PR   00928-5039                San Juan, PR   00936-3368



Syncb/JC Penny                            Syncb/Pep Boys                           Synchrony Bank
PO Box 103104                             PO Box 965036                            c/o of Recovery Management Systems Corp
Roswell, GA   30076-9104                  Orlando, FL   32896-5036                 25 S.E. 2nd Avenue, Suite 1120
                                                                                   Miami, FL 33131-1605


Synchrony Bank/Paypal Smart               Synchrony Bank/Sams                      c/o Recovery Management Systems
Bankruptcy                                Bankruptcy                               25 SE 2nf Ave Suite 1120
PO Box 103104                             PO Box 103104                            Miami, FL   33131-1605
Roswell, GA   30076-9104                  Roswell, GA   30076-9104



ALEJANDRO OLIVERAS RIVERA                 MONSITA LECAROZ ARRIBAS                  ROBERT FRANCIS LOPEZ ACEVEDO
ALEJANDRO OLIVERAS CHAPTER 13 TRUS        OFFICE OF THE US TRUSTEE (UST)           RR 1 BOX 32333
PO BOX 9024062                            OCHOA BUILDING                           CIDRA, PR 00739-9721
SAN JUAN, PR 00902-4062                   500 TANCA STREET   SUITE 301
                                          SAN JUAN, PR 00901


ROBERTO ARISTIDES FIGUEROA-COLON
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO, PR 00970-1635
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Direct TV<br>PO Box 6550<br>Englewood, CO  80155-6550 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN  56302-7999 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27